PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## FOR
## WESTERN DISTRICT OF PENNSYLVANIA

### SUPPLEMENTAL PETITION FOR WARRANT OR SHOW CAUSE HEARING FOR OFFENDER UNDER SUPERVISION

Name of Offender: Otis Jolo  Case Number: 0315 2:10CR00038-001

Name of Sentencing Judicial Officer: The Honorable Judge Maurice B. Cohill

Date of Original Sentence: December 16, 2010

Original Offense: Conspiracy, Title 18 U.S.C. §371 and Making, Uttering & Possessing a Counterfeit or Forged Security, Title 18 U.S.C. §513(a)

Original Sentence: Probation for a term of five (5) years'

Special Conditions: The defendant shall not illegally possess a controlled substance.
The defendant shall pay any financial penalty that is imposed.
The defendant shall provide the probation officer with access to any requested financial information.
The defendant shall be placed on home detention for a period of six (6) months.
The defendant shall pay restitution in the amount of $47,463.84, to be paid at the rate of not less than 10 percent of GMI, or in any event, not less than $50.00 per month.
The defendant shall pay a special assessment fee of $500.00.

Type of Supervision: Probation  Date Supervision Commenced: 12/16/10

Assistant U.S. Attorney: Greg Melucci  Defense Attorney: Thomas Livingston

Prior Court History: 3/18/2013: Conditions modified to include participation in mental health treatment program.
7/23/2013: Conditions modified to include placement on home detention to include electronic monitoring for a period of six months.

## PETITIONING THE COURT

☐ To Issue a Warrant
☐ To Schedule a Show Cause Hearing
☒ Other withdraw of petition and request for Show Cause hearing entered into record on June 14, 2013

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that on September 24, 2013, the pending charges of Robbery, Criminal Conspiracy, and Aggravated Assault at OTN: G-597119-5 were nolle prossed. Therefore it is requested that the petition filed on June 14, 2013, be withdrawn, the defendant be released from electronic monitoring and that the defendant's supervised release term be continued.

Page 2
June 14, 2013

|  | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Respectfully Submitted, |
| By: | *Charmaine Odom* |
|  | Charmaine Odom |
|  | United States Probation Officer |
| Approved By: | *Wendy M. Brown* |
|  | Wendy M. Brown |
|  | Supervising U.S. Probation Officer |
| Date: | 10/8/2013 |

THE COURT ORDERS:

☐ No Action
☐ The Issuance of a Warrant
   and: ☐ No Bond is set
       ☐ Bond is set at _____
       ☐ Bond is at the discretion of the Magistrate Judge
☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Court Room no. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.
☒ Other  withdraw of petition and request for Show Cause hearing entered into record on June 14, 2013

*Maurice B. Cohill, Jr.*
SIGNATURE OF JUDICIAL OFFICER

October 28, 2013
DATE